# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISELA HERNANDEZ, an individual, <br><br> Plaintiffs, <br> v. <br><br> AMERICOLD LOGISTICS, LLC, a corporate entity unknown; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 8:20-cv-01294-JLS-ADS <br> Assigned for all purposes to the <br> Hon. Josephine L. Staton <br><br> **ORDER GRANTING PARTIES' JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41** |

Based on stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff Marisela Hernandez's entire action as against all parties is dismissed with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) and that each party shall bear its own costs and fees.

**IT IS SO ORDERED**

Dated: November 2, 2020

JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge